AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Muhammad Abdul Rahim

*aka Gary Bernard Myers*

*Petitioner*

v.

State Of South Carolina

*Respondent*

)
)
)
)
)

Civil Action No.   2:11-cv-00908-TMC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks is accepted. This petition is dismissed with prejudice and without requiring a response from the Respondent. A Certificate of Appealability is denied. The petitioner shall take nothing on his claim filed pursuant to Title 28 U.S.C § 2241.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge.

Date:   January 12, 2012

*CLERK OF COURT*

s/H. Hillman

*Signature of Clerk or Deputy Clerk*