AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Muhammad Abdul Rahim *aka Gary Bernard Myers* <br> *Petitioner* <br> v. <br> State Of South Carolina <br> *Respondent* | ) <br> ) <br> ) Civil Action No. 2:11-cv-00908-TMC <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks is accepted. This petition is dismissed with prejudice and without requiring a response from the Respondent. A Certificate of Appealability is denied. The petitioner shall take nothing on his claim filed pursuant to Title 28 U.S.C § 2241.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge.

Date:  January 12, 2012

*CLERK OF COURT*

s/H. Hillman

*Signature of Clerk or Deputy Clerk*